IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
JAN 1 6 2008
JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff, | Criminal No. 7:06cr00112 |
| v. | |
| | **ORDER** |
| ROBERT KEITH ADAMS,<br>    Defendant. | By: James C. Turk<br>Senior United States District Judge |

For the reasons stated in the accompanying memorandum opinion, it is now

**ORDERED**

that Defendant's Motion for Judgment of Acquittal or, in the Alternative, for a New Trial, shall be and hereby is, **DENIED**.

The Clerk is directed to send certified copies of this Order and the accompanying memorandum to all counsel of record.

ENTER: This 16th day of January, 2008.

/s/ James C. Turk
James C. Turk
Senior United States District Judge